1 | PHILLIP A. TALBERT
Acting United States Attorney
2 | JANELLE A. DI MINO
Certified Law Student
3 | JEFFREY A. SPIVAK
Assistant United States Attorney
4 | MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
5 | Fresno, California 93721
Telephone: (559) 497-4000

7 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-po-00254-SAB |
|---|---|
| Plaintiff, | |
| v. | MOTION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE |
| MARTIN ALEJANDRO BENITEZ ZENTENO, | |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, Acting United States Attorney, and Janelle A. Di Mino, Certified Student, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves to dismiss this case in the interest of justice without prejudice.

DATED: September 20, 2021

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

By: /s/ Janelle A. Di Mino
JANELLE A. DI MINO
Certified Law Student

1

**O R D E R**

IT IS HEREBY ORDERED that this case is dismissed in the interest of justice without prejudice.

IT IS SO ORDERED.

Dated:   **September 27, 2021**

UNITED STATES MAGISTRATE JUDGE